IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| MCS MUSIC AMERICA, INC., et al. | ) |
| | ) |
| v. | ) NO. 3:06-1197 |
| | ) JUDGE CAMPBELL |
| NAPSTER, INC., et al. | ) |

ORDER

Pending before the Court are Defendants' Motion to Dismiss or, in the Alternative, to Transfer to the Central District of California (Docket No. 12) and Defendant's Motion for Oral Argument (Docket No. 13).

Defendants' Motion for Oral Argument (Docket No. 13) is DENIED. For the reasons stated in the accompanying Memorandum, Defendants' Motion to Dismiss is DENIED, and Defendants' Motion to Transfer is GRANTED.

The Clerk is directed to transfer this action to the United States District Court for the Central District of California.

IT IS SO ORDERED.

*(signed)* Todd Campbell
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE